UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ELIAKIN JOHENKINS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:19-cv-17-FL |
| THE STATE OF NEW JERSEY | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 11, 2019, and for the reasons set forth more specifically therein, that this action is dismissed.

**This Judgment Filed and Entered on September 11, 2019, and Copies To:**
Eliakin Johenkins (via US mail) 2067 Poell Street, Fayetteville, NC 28306

September 11, 2019                    PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk